IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VIRGIL FREDRICK HEIKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:17-CV-304-WKW |
| SHERIFF DENNIS MEEKS, | ) | [WO] |
| GREG JACKSON, and JOSH | ) | |
| HUDSON, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 58.) There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 58) is ADOPTED;

2. Defendants' motions to dismiss (Docs. # 32 & 38) are GRANTED on each of the plaintiff's claims for relief;

3. This action is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 5th day of March, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE